**Order entered April 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00983-CV

## HONG ZHUANG, Appellant

## V.

## CARLOS RODRIGUEZ, Appellee

## On Appeal from the 101st Judicial District Court
## Dallas County, Texas
## Trial Court Cause No. DC-18-18388

## ORDER

Before the Court is appellant's April 5, 2022 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 6, 2022.

/s/     KEN MOLBERG
           JUSTICE